IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JENELLA GARRETT,

    Plaintiff,

v.                              CASE NO. 5:05-cv-00125-RS-AK

COUNTRY MARKET FOOD
STORES/GROCERY OUTLET,
et al.,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 50, Defendants' Motion for Extension of the Discovery, Mediation, and Dispositive Motions Deadlines. Having carefully considered the matter, the Court finds that the motion is well taken.

Accordingly, it is **ORDERED**:

That the motion for extension of deadlines, Doc. 50, is **GRANTED**:

That the discovery deadline is **January 14, 2008**;

That the mediation deadline is **January 24, 2008**;

That within fourteen (14) days following mediation, the parties shall submit a joint status report to Judge Richard Smoak which sets forth the results of mediation and advises whether additional judicial proceedings are necessary;

That the dispositive motion deadline is **February 5, 2008**.

**DONE AND ORDERED** this *18th* day of December, 2007.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**