IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JENELLA GARRETT,

    Plaintiff,

v.                                              CASE NO. 5:05-cv-00125-RS-AK

COUNTRY MARKET FOOD
STORES/GROCERY OUTLET, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR
## VOLUNTARY DISMISSAL AND DISMISSING CAUSE

    This matter is before the Court on Doc. 55, the parties' joint notice of voluntary dismissal, which the Court interprets as a motion for voluntary dismissal. For good cause shown, the Court finds the motion is well taken, and it is **GRANTED**. This cause is hereby **DISMISSED WITH PREJUDICE**.

    **DONE AND ORDERED** this  *11th*  day of February, 2008.


                         *s/ A. KORNBLUM*
                         **ALLAN KORNBLUM**
                         **UNITED STATES MAGISTRATE JUDGE**